IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:92-CR-365-D(29) |
| | ) | |
| BRYAN ANTHONY DAVIS, #40427-053, | ) | |
| Defendant. | ) | |

### ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED that Defendant Brian Anthony Davis's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed on July 14, 2005, is DENIED.

Signed August 30, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE